# ALABAMA COURT OF CRIMINAL APPEALS



April 25, 2025

**CR-2024-0139**

Corey Allan Webb v. Alabama Department of Corrections and Alabama Board of Pardons & Paroles (Appeal from Montgomery Circuit Court: CV-23-901624)

## <u>NOTICE</u>

You are hereby notified that on April 25, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk